JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Scott Jones ;
**County of Residence:** Greene County

**Defendant(s):**

First Listed Defendant:
Willard Fire Protection District ;
**County of Residence:** Greene County

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

Jase Carter (Scott Jones)
Carter Law Firm, LLC
3407 S. Jefferson Ave., #109
St. Louis, Missouri 63118
**Phone:** (314) 675-1350
**Fax:**
**Email:** jase@carterfirm.law

Kyle B. Bass (Scott Jones)
Carter Law Firm, LLC
3407 S. Jefferson Ave., #109
St. Louis, Missouri 63118
**Phone:** (314) 675-1350
**Fax:**
**Email:** kyle@carterfirm.law

**Defendant's Attorney(s):**

Brian Peterson ( Willard Fire Protection District)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64105
**Phone:** 8162928107
**Fax:**
**Email:** bperterson@spencerfane.com

Joseph Hatley ( Willard Fire Protection District)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64105
**Phone:** 816-474-8100
**Fax:**
**Email:** jhatley@spencerfane.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 2. Removed From State Court

**State Removal County:** Greene County

**State Removal Case Number:** 2031-CC01519

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Fair Labor Standards Act. Alleged failure to pay overtime wages and alleged unlawful retaliation.

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Brian Peterson

**Date:** 2-12-2021

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.