# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:21-CV-03033-SRB |
| WILLARD FIRE PROTECTION DISTRICT | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL IN STATE COURT

Defendant Willard Fire Protection District notifies the Court that it has filed a notice in the Circuit Court of Greene County, Missouri advising of the removal of this case to this Court.

/s/ W. Joseph Hatley
| | |
|---|---|
| Brian Peterson | Mo. Bar # 66144 |
| W. Joseph Hatley | Mo. Bar # 33189 |

SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax:    (816) 474-3216
Email: bpeterson@spencerfane.com
Email: jhatley@spencerfane.com
***Attorneys for***
***Willard Fire Protection District***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 13, 2021, a true and correct copy of the foregoing was served via email on the following individuals:

> B. Kyle Bass
> Jase Carter
> CARTER LAW FIRM
> 3407 S. Jefferson Ave., # 109
> St. Louis, Missouri 63118
> (314) 675-1350 (Phone)
> 913.345.2557 (Fax)
> jase@carterfirm.law
> kyle@carterfirm.law
> ***Attorneys for Scott Jones***

>> /s/ W. Joseph Hatley
>> ***Attorney for***
>> ***Willard Fire Protection District***